**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CORNELIO CIPRIANO COY CAC,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **Civ. No. 26-3699** |
| | : | |
| **J.L. JAMISON, *et al.*,** | : | |
| **Respondents.** | : | |

## O R D E R

**AND NOW**, this 29th day of June, 2026, it is hereby **ORDERED** that the Clerk of Court

**SHALL close** this case.

**AND IT IS SO ORDERED.**


*/s/ Paul S. Diamond*
Paul S. Diamond, J.